# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ROBERT LEGGETT, JR.                                                                                    PLAINTIFF

V.                                          No. 3:22-CV-99-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                         DEFENDANT

## ORDER

Before the Court is Plaintiff Robert Leggett's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA") and Brief in Support. *Doc. 17; Doc. 18*. The Motion is unopposed. *Doc. 19*.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of of **$4,379.54** (which sum represents 16.15 attorney hours incurred in 2022–23 at $237 per hour; 5.30 paralegal hours at the hourly rate of $100; and expenses of $21.99). The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA (*Doc. 17*) is GRANTED. Plaintiff is awarded **4,357.55** in fees and **$21.99** in expenses under the EAJA.[1]

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.

SO ORDERED, this 24th day of October, 2023.

                                    */s/ J. Thomas Ray*
                                  UNITED STATES MAGISTRATE JUDGE